ACCEPTED
01-14-00621-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 9:17:16 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00621-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/27/2015 9:17:16 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1394860
In the 230th Criminal District Court
Of Harris County, Texas

———————◆———————

TRAVIS BRANDON AYERS
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 230th Criminal District Court of Harris County, Texas, in cause number 1394860, appellant pled nolo contendere to the offense of intoxication manslaughter without an agreed punishment recommendation in *The State of Texas v. Travis Brandon Ayers*.

2. On July 16, 2014, after a presentence investigation hearing, the trial court sentenced appellant to confinement in the Texas Department of Criminal Justice, Correctional Institutions Division, for thirteen years.

3. On July 16, 2014, appellant timely written notice of appeal.

4. Appellant filed his appellate brief with this Court on January 15, 2015.

5. The State did not receive a copy of appellant's brief, nor notice that appellant had filed his brief, until March 19, 2015.

6. The State's appellate brief is due on April 27, 2015.

7. This is the State's second request for an extension.

8. An extension of time in which to file the State's appellate brief is requested until May 27, 2015.

9. The facts relied upon to explain the need for this extension are:

   The State did not receive a copy of appellant's brief, nor notice that appellant had filed his brief, until March 19, 2015.

   The undersigned attorney was not assigned to appellant's case until approximately 5:15 PM on March 20, 2015.

During the time in which the undersigned attorney will be researching and preparing the State's appellate brief for this case, she will also be researching and preparing the State's appellate briefs in the following cases that are also assigned to her:

i. *Approximately $31,421.00 v. State of Texas*, No. 14-14-00385-CV

ii. *Ex parte Juan Raul Rojas*; No. 14-14-00781-CR

iii. *Rodashian E. Degar v. State of Texas*; No. 01-14-00660-CR

iv. *Ex parte Muhammad S. Ahshan*, No. 01-14-00815-CR

v. *Victor Todd Williams v. State of Texas*; No. 14-13-00708-CR

vi. *Ex parte Brent Wayne Justice*; No. 14-14-00951-CR

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted, despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause.

10. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until May 27, 2015, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ Melissa Hervey

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar No. 24053741
1201 Franklin Street, Suite 600
Houston, Texas  77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel has directed the e-filing system eFile.TXCourts.gov to serve a true and correct copy of the foregoing document upon Joe David Wells, appellant's attorney of record on appeal, on April 27, 2015, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

joedavidwells@gmail.com

/s/ Melissa Hervey

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar Number:  24053741
1201 Franklin Street, Suite 600
Houston, Texas  77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net